12A

## UNITED STATES PROBATION OFFICE
### FOR THE DISTRICT OF UTAH

# Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Daniel Maumau** | Docket Number: **2:08CR00758-010** |

Name of Sentencing Judicial Officer:  **Honorable Tena Campbell**
**Senior U.S. District Judge**

Date of Original Sentence:  **December 14, 2011**
Original Offense:  **Ct 4: Assault with a Dangerous Weapon in aid of Racketeering; Ct 5: Using, Carrying and Discharging a Firearm During and in Relation to a Crime of Violence**
Original Sentence:  **120 Months Custody/36 Months Supervised Release**

Date of Violation Sentence:  **October 9, 2019**
Violation Sentence:  **10 Months Custody/12 Months Supervised Release**

Type of Supervision:  **Supervised Release**      Current Supervision Began:  **September 17, 2018**

---

### NON-COMPLIANCE SUMMARY

| Date of Non-compliance | Nature of Non-compliance |
|---|---|
| 07/28/2020 | Failure to submit a drug test |
| 08/03/2020 | Failure to submit a drug test |
| 08/10/2020 | Defendant admitted to consuming alcohol |

**Proposed Controlling Interventions:**
Oral reprimand

**Proposed Correcting Interventions:**
Reviewed conditions; provide counsel; increase drug testing

Justification:
On July 28, 2020 and August 3, 2020, the defendant failed to submit a drug test. On August 4, 2020, the defendant was contacted regarding his missed drug tests. The defendant advised he had forgotten to check the drug test line. The defendant was admonished and reminded about compliance. He was directed to submit a drug test and to check the drug test line daily. He agreed to do so.

On August 10, 2020, during a routine home visit via telephone, the defendant admitted to drinking alcohol on August 9, 2020, while with friends. The defendant was admonished for his non-compliant behavior. He was informed the Court would be informed of his admission. The defendant was thanked for being honest and taking responsibility for his behavior. The defendant was informed his drug testing would be increased and his treatment plan would be modified. The defendant shared he understood and would get into compliance.

Daniel Maumau has been advised that continued non-compliance will result in further sanctions and/or the Court being petitioned to revoke his term of supervision. Based on the above listed information, it appears an appropriate intervention was conducted. The defendant did self-admit to his non-compliant behavior. His drug testing has been increased and his treatment plan will be modified to aid him in his sobriety efforts. Therefore, it

PROB 12A  
D/UT 01/18

Daniel Maumau  
2:08CR00758-010

is respectfully no Court action be taken at this time. If the defendant continues to engage in non-compliant conduct, the Court will be informed.

If the Court desires more information or another course of action, please contact me at 801-535-2750.

I declare under penalty of perjury that the foregoing is true and correct.

*Alonzo Nez*  
by Alonzo Nez  
U.S. Probation Officer  
August 11, 2020

---

**THE COURT:**

☒ Approves the proposed interventions noted above  
☐ Denies the proposed interventions noted above  
☐ Other

*Tena Campbell*  
Honorable Tena Campbell  
Senior United States District Judge

Date: 8/11/2020