12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Daniel Maumau** | Docket Number: **2:08CR00758-010** |
| Name of Sentencing Judicial Officer: | **Honorable Tena Campbell** |
| | **Senior U.S. District Judge** |

Date of Original Sentence: **December 14, 2011**
Original Offense: **Ct 4: Assault with a Dangerous Weapon in Aid of Racketeering; Ct 5: Using, Carrying and Discharging a Firearm During and in Relation to a Crime of Violence**
Original Sentence: **120 Months Custody/36 Months Supervised Release**

Date of Violation Sentence: **October 9, 2019**
Violation Sentence: **10 Months Custody/12 Months Supervised Release**

Type of Supervision: **Supervised Release**   Supervision Began: **September 17, 2018**

## PETITIONING THE COURT

☒   To issue a summons                                    , Sandy, Utah

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On July 28, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 2:** On August 3, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 3:** On August 10, 2020 the defendant admitted to consuming alcohol on or about August 9, 2020.

**Allegation No. 4:** On August 11, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 5:** On August 13, 2020, the defendant submitted a urine samples, which tested positive for methamphetamine.

**Allegation No. 6:** On August 20, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

Evidence in support of these allegations are contained in the United States Probation Office records.

I declare under penalty of perjury that the foregoing is true and correct.

PROB 12C
D/UT 03/19

Daniel Maumau
2:08CR00758-010

*Alonzo Nez*
by Alonzo Nez
U.S. Probation Officer
August 24, 2020

**THE COURT ORDERS:**

☒ The issuance of a summons
☐ The issuance of a warrant and tolling of the supervision time
☐ No action
☐ Other

*Tena Campbell*
Honorable Tena Campbell
Senior United States District Judge

Date: 8/24/2020