12C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

### Amended Petition and Order for Offender Under Supervision

Name of Offender: **Daniel Maumau**      Docket Number: **2:08CR00758-010**
Name of Sentencing Judicial Officer:   **Honorable Tena Campbell**
                                       **Senior U.S. District Judge**

Date of Original Sentence: **December 14, 2011**
Original Offense: **Ct 4: Assault with a Dangerous Weapon in Aid of Racketeering; Ct 5: Using, Carrying and Discharging a Firearm During and in Relation to a Crime of Violence**
Original Sentence: **120 Months Custody/36 Months Supervised Release**

Date of Violation Sentence: **October 9, 2019**
Violation Sentence: **10 Months Custody/12 Months Supervised Release**

Type of Supervision: **Supervised Release**      Supervision Began: **September 17, 2018**

**PETITIONING THE COURT**

☒  To amend the petition to include allegations 12 - 14

**CAUSE**

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On July 28, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 2:** On August 3, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 3:** On August 10, 2020 the defendant admitted to consuming alcohol on or about August 9, 2020.

**Allegation No. 4:** On August 11, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 5:** On August 13, 2020, the defendant submitted a urine samples, which tested positive for methamphetamine.

**Allegation No. 6:** On August 20, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

Evidence in support of these allegations are contained in the United States Probation Office records.

*Additional Allegations for September 9, 2020*

PROB 12C  
D/UT 03/19

Daniel Maumau  
2:08CR00758-010

**Allegation No. 7:** On August 18, 2020, the defendant failed to attend and participate in substance-abuse treatment, as directed by his U.S. Probation Officer.

**Allegation No. 8:** On September 1, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 9:** On September 1, 2020, the defendant failed to attend and participate in substance-abuse treatment, as directed by his U.S. Probation Officer.

**Allegation No. 10:** On September 3, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 11:** The defendant failed to notify his U.S. Probation Officer of his change in living arrangements. The defendant moved from his residence on or about September 3, 2020 and as of September 9, 2020, has failed to provide the U.S. Probation Office with a current address. His current whereabouts are unknown.

Evidence in support of allegations 7 – 11 are contained in the United States Probation Office records.

*Additional Allegations for October 15, 2020*

**Allegation No. 12:** On September 24, 2020, the defendant knowingly communicated or interacted with a convicted felon without receiving prior permission from his U.S. Probation Officer.

**Allegation No. 13:** On September 24, 2020, the defendant owned, possessed, or had access to a firearm, ammunition, destructive device, or dangerous weapon, to wit: Glock pistol.

**Allegation No. 14:** On or about September 24, 2020, the defendant had contact with a member or associate of a criminal street gang/prison gang.

Evidence in support of allegations 12 – 14 are contained in a United States Marshal Service report and the United States Probation Office records.

I declare under penalty of perjury that the foregoing is true and correct.

*Alonzo Nez*  
_____  
by Alonzo Nez  
U.S. Probation Officer  
October 15, 2020

**THE COURT ORDERS:**

☒ The amend the petition to include allegations 12 - 14

PROB 49
D/UT 06/15

Daniel Maumau
2:08CR00758-010

☐ The issuance of a summons
☐ No action
☐ Other

*Tena Campbell*

Honorable Tena Campbell
Senior United States District Judge

Date:   10-15-2020